BISHOP, Appellant, *v.* BISHOP, Respondent.

*(Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Order affirmed, with $10 cost and printing disbursements.

---

*In re* BRUNSWICK MANUF'G Co., (Mortgagees, Appellants; Receiver, Respondent.)

*(Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Order modified by striking out the word "directed," and by requiring undertaking of $1,000 to secure costs.

---

*In re* CITY OF AMSTERDAM.

*(Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Order amended: 1. By affirming appraisement of damages. 2. By stating that the reversal of that part of the special term order which sent the matter back to commissioners was made on the ground that the statute in question did not provide for notice to the parties to be assessed, and was therefore illegal. For former report, see *ante,* 234.

---

JARRARD *v.* BISSELL *et al.*

*(Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Motion to go the court of appeals denied. For former report, see *ante,* 92.

---

MORRISON, Appellant, *v.* MAXWELL *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.* February 24, 1890.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion. Cause stricken from calendar, with $10 costs.

---

*In re* PARTRIDGE.

*(Supreme Court, General Term, Third Department.* December 11, 1889.)

Argued before LEARNED, P. J., and LANDON and FISH, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.